IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

In re: : BANKRUPTCY CASE
:
JULIAN A. & LISA C. RICHARDSON : NO: 10-12228 jdw
:
: CHAPTER 13
Debtor(s) :

### NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN BEFORE CONFIRMATION

JULIAN A. & LISA C. RICHARDSON, DEBTOR(S) IN THE ABOVE-STYLED BANKRUPTCY MATTER, HAVE FILED PAPERS WITH THE COURT TO MODIFY THEIR CHAPTER 13 PLAN.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

THE ORIGINAL CONFIRMATION HEARING WAS SCHEDULED FOR **WEDNESDAY, MARCH 16, 2011.** HOWEVER, IF YOU DO NOT WANT THE COURT TO APPROVE THE PROPOSED MODIFICATION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION ON OR BEFORE THE FIFTH BUSINESS DAY PRIOR TO THE HEARING RESCHEDULED FOR **TUESDAY, MAY 24, 2011, AT THE 9:00 A.M. AT C. B. KING UNITED STATES COURTHOUSE, 2ND FLOOR, 201 BROAD, ALBANY, GEORGIA.** YOU MUST SERVE A COPY OF SAID OBJECTION TO THE DEBTORS' ATTORNEY, F. ANTHONY BLAKEY, KELLEY, LOVETT, & BLAKEY, 2539 LAFAYETTE PLAZA, P.O. BOX 70879, ALBANY, GEORGIA 31708 AND THE **UNITED STATES BANKRUPTCY COURT, AT P.O. BOX 1957, MACON, GEORGIA 31202.**

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION/OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

This ___ day of _March_ 2011.

F. ANTHONY BLAKEY, Attorney for Debtor(s)
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 061817

### CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing **Motion and Notice of Filing of Motion for Modification of Plan and Notice of Scheduled Confirmation Hearing** to the Chapter 13 Trustee, Kristin Hurst, P.O. Box 1907, Columbus, Georgia 31902, and to the other parties named in Exhibit "A" attached hereto by depositing the same in the United States Mail, in properly addressed envelopes with sufficient postage thereto affixed to ensure delivery, this ___ day of _March_ 2011.

F. ANTHONY BLAKEY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

In re: : BANKRUPTCY CASE
:
JULIAN A. & LISA C. RICHARDSON : NO: 10-12228
:
: CHAPTER 13
Debtor(s) :

## MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION

The Debtor(s) under the authority of Section 1323 of the Bankruptcy Code files this Motion for Modification of Plan and respectfully shows:

-1-

Debtor(s) withdraw(s) their Chapter 13 plan previously filed and substitutes a new plan to pay $940.00 per month with a reduced dividend to the unsecured creditors. A copy of the proposed plan is attached hereto, and the debtor(s) propose(s) to modify their plan as shown.

-2-

After notice and opportunity for objections, the plan as modified should become the Debtors' plan.

**WHEREFORE**, the Debtors' pray(s) that their Motion for Modification of Plan be approved.

This _____ day of ___March___ 2011.

_____
F. ANTHONY BLAKEY, Attorney for Debtor(s)
P.O. Box 70879
Albany, GA 31708
(229) 888-9128
State Bar No. 061817

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| In re: | : | BANKRUPTCY CASE |
|---|---|---|
| JULIAN A. RICHARDSON & LISA C. RICHARDSON | : | NO. 10-12228 |
| Debtor(s) | : | CHAPTER 13 PROCEEDING |

## MODIFIED CHAPTER 13 PLAN BEFORE CONFIRMATION

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee, and the debtor(s) shall pay to the Trustee the sum of **$ 940.00** monthly.

   2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the U.S. Trustee.

   (b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim).

| NAME OF CREDITOR | PAYMENT AMOUNT | MONTH OF 1st PAYMENT UNDER PLAN |
|---|---|---|
|  |  |  |

   (c) Preconfirmation adequate protection payments may be made to the following secured creditors and holders of executory contracts within 30 days of the Order for Relief. Such adequate protection disbursements shall begin within 30 days after a legally executed proof of claim with necessary documentation to establish the nature and the extent of the claimed lien is filed with the Court and served on the Trustee and the debtor's counsel.

| Name of Creditor | Collateral | To Be Paid |
|---|---|---|
| Dell Financial | PMSI – furniture | $ 25 |
| Gardner-White Furniture | PMSI – furniture | $ 25 |

   (d) The administrative priority payments pursuant to 11 USC 507(a)(2), including attorney's fees of **$2,454.00**.

   (e) Upon confirmation of the plan and after the above are paid distributions will be made to cure arrearages and pay secured debts whose claims are duly proven and allowed as follows:

   (1) It is expressly stated that due to normal variations between the Chapter 13 Debtors' monthly plan payment due date and the Trustee's disbursement date, payments to secured creditors under the below plan will necessarily vary from month to month and will not be deemed periodic for purposes of 11 USC § 1325 (a)(5)(B)(iii). The Chapter 13 Trustee shall make disbursements as per the normal disbursement and priority guidelines of 11 USC §507 (a) and 11 USC § 1326 (b)(1).

| Name of Creditor | Estimated Amount Due | Value | Interest | Collateral | To Be Paid |
|---|---|---|---|---|---|
| Dell Financial | $ 1,658 | Debt | 7% | PMSI – computer | $ 400 |
| Gardner-White Furniture | 2,914 | Debt | 7% | PMSI – furniture | 400 |

**TOTAL SECURED MONTHLY PAYOUT** $ 800

   (f) The debtor(s) will act as his/her/their own disbursing agent on the following debts:
   1. **Mortgage Service – continuing payments on mortgage to recommence January, 2011.**

   (g) The following collateral is surrendered to the creditor:

| Name of Creditor | Description of Collateral |
|---|---|
| Dyck O'Neal, Inc | Property at 6839 Drake, Detroit, MI |
| Green Tree | 1st & 2nd mortgage on property at 17445 Veronica Ave., East Pointe, MI |
| HFC | 3rd mortgage on property at 17445 Veronica Ave., East Pointe, MI |

   (h) The following unsecured claims are classified to be paid at 100% (contract interest will be paid on the claim unless otherwise indicated):

1

(i) The following domestic support obligations will be paid over the life of the plan as follows:

| Name of Creditor | Payment Amount |
|---|---|
|  |  |

(j) All other 11 U.S.C. §507 priority claims will be paid in full over the life of the plan.

(k) Special provisions:

**1. Debtor(s) request(s) an immediate payroll deduction.**

**2. Unless otherwise provided herein property of the estate shall remain vested in the Trustee and shall not re-vest in the debtor upon confirmation.**

3. The holder of a type of claim governed by Code Section 1322(b)(5) or (b)(7) shall serve the Trustee, the debtor, and the debtor's counsel with a statement of any increase or decrease of periodic payments prior to the effective date of the adjustment of the payment amounts.

4. Upon discharge, all non-purchase money, non-possessory liens and/or judicial//consensual liens in any and all property of the bankruptcy estate will be avoided pursuant to 11 USC §522(f), and upon notice of discharge, the creditors shall cancel said lien(s) of record within fifteen (15) days of such notice. This provision shall apply to all creditors, including, but not limited to the following:

(l) **$ 140.00** will be assigned to costs and unclassified unsecured creditors

**$42,000.00** dividend will be paid to unsecured creditors.

The term of the plan is approximately **5 years and 0 months**. Unless this plan provides for a dividend of 100% to unsecured creditors, this plan shall run for a minimum of 36 months.

_____  
Date

_____  
Attorney for Debtor

2

| | | |
|---|---|---|
| ACS/College Loan Corp.<br>501 Bleecker St.<br>Utica, NY 13501 | Amanda Richardson<br>13150 Stonegate Dr. Apt.<br>Sterling Hgts., MI 4831 | Arlene D. Sliwa<br>31091 Hayes<br>Warren, MI 48093 |
| Bank of America<br>P. O. Box 15026<br>Wilmington, DE 19850-50 | Bluegreen Resorts Manage<br>P. O. Box 105192<br>Atlanta, GA 30348-5192 | Capital One Bank<br>Attn: Bankruptcy Depart<br>P. O. Box 5155<br>Norcross, Georgia 30091 |
| Christian Financial CU<br>18441 Utica Road<br>Roseville, MI 48066 | Christian Financial CU<br>18441 Utica Road<br>Roseville, MI 48066-429 | City of Detroit Finance<br>Coleman Young Municipal<br>2 Woodward Ave., Room 12<br>Detroit, MI 48226 |
| City of East Pointe<br>23200 Gratoit Avenue<br>Eastpointe, MI 48021 | City of East Pointe<br>23200 Gratiot<br>East Pointe, MI 48021 | Home Depot / Citibank /<br>P. O. Box 689100<br>Des Moines, IA 50368-91 |
| Client Services, Inc.<br>for Citibank<br>P. O. Box 1503<br>St. Peters, MO 63376-00 | Dell Financial Services<br>Attn: Bankruptcy Depart<br>P. O. Box 81577<br>Austin, TX 78708-1577 | Dolores Preston Cooper P<br>26211 Central Park Blvd.<br>Suite 211<br>Southfield, MI 48076 |
| Dyck O'Neal, Inc.<br>3214 W. Park Row Dr.<br>arlington, TX 76013 | First Premier Bank<br>P. O. Box 5524<br>Sioux Falls, SD 57117-5 | Gardner-White Furniture<br>Attn: Bankruptcy Dept.<br>P. O. Box 183043<br>Columbus, OH 43218-3043 |
| GEMB / Lowes<br>Attn: Bankruptcy Depart<br>P. O. Box 103104<br>Roswell, Georgia 30076 | GEMB / Sam's Club<br>Attn: Bankruptcy Depart<br>P. O. Box 103104<br>Roswell, Georgia 30076 | Georgia Department of Re<br>Bankruptcy Unit<br>P.O. Box 161108<br>Atlanta, Georgia 30321 |
| Green Tree<br>Attn: Bankruptcy Dept.<br>P. O. Box 6154<br>Rapid City, SD 57709-98 | HFC<br>P. O. Box 8873<br>Virginia Beach, VA 2345 | HFC<br>Attn: Bankruptcy Dept.<br>P. O. Box 3425<br>Buffalo, NY 14240 |
| Home Depot / Citibank /<br>P. O. Box 689100<br>Des Moines, IA 50368-91 | HSBC<br>P. O. Box 80084<br>Salinas, CA 93912 | HSBC / Direct Rewards<br>Attn: Bankruptcy Dept.<br>P. O. Box 5894<br>Carol Stream, IL 60197- |

| | | |
|---|---|---|
| Internal Revenue Service<br>Insolvency Section<br>P.O. Box 7346<br>Philadelphia, PA 19101-7 | Kohl's<br>P. O. Box 3043<br>Milwaukee, WI 53201-304 | Macy's<br>P. O. Box 8217<br>Mason, OH 45040 |
| Mortgage Service<br>2001Bishops Gate Blvd. S<br>Mount Laurel, NJ 08054 | PNC Mortgage<br>P. O. Box 1820<br>Dayton, OH 45401-1820 | Sears - Bankruptcy<br>P. O. Box 6924<br>The Lakes, NV 88901 |
| SST Card Services<br>P. O. Box 84024<br>Columbus, Georgia 31908 | State of Michigan<br>Office of Child Support<br>P. O. Box 30478<br>Lansing, MI 48909 | GA Attorney General<br>40 Capital Square SW<br>Atlanta, Georgia 30334 |
| U.S. Attorney General<br>950 Pennsylvania Ave., N<br>Washington, DC 20530-00 | U.S. Attorney's Office<br>Attn: Barbara Parker<br>P.O. Box 1702<br>Macon, Georgia 31202 | US Dept. of Education<br>P. O. Box 5609<br>Greenville, TX 75403 |
| Wells Fargo Financial<br>P. O. Box 5943<br>Sioux Falls, SD 57117-5 | WFNNB / The Avenue<br>P. O. Box 182122<br>Columbus, OH 43218 | Yolanda Richardson<br>834 Pacifica Ave., Apt.<br>Hoffman Estate, IL 6016 |

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## (Pursuant to 28 U.S.C. §1746 and Bankruptcy Rule 1008)

We, Julian & Lisa Richardson, declare under penalty of perjury that we have read the foregoing and declare that the information contained therein is true and correct.

/s/Julian Richardson
Julian Richardson

/s/Lisa Richardson
Lisa Richardson

Dated: March 28, 2011